# MINUTE ORDER

Page 3

## Chief Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**     Date: 9/26/2022   Time: 2:00 p.m.

Defendant: **JUDITH DIANNE PARIS-PINDER**   J#: 23369-510   Case #: **22-CR-20452-GAYLES**

AUSA: **Eric Morales**   Attorney: **Scott Saul**
Violation: **WIRE FRAUD**
     Surr/Arrest Date: 9/26/2022   YOB: 1973

Proceeding: Initial Appearance on Information   CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond:

**Bond Set**: **$200,000 personal surety**   Co-signed by: **Sister, Ausline Parris Perry**

- [x] **Surrender and/or do not obtain passports/travel docs**
- [x] **Report to PTS as directed**/or ____ x's a week/month by phone: ____ x's a week/month in person
- [x] **Random urine testing by Pretrial Services**
  **Treatment as deemed necessary**
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [x] **Maintain or seek full-time employment**
- [ ] No contact with victims/witnesses, except through counsel
- [x] **No firearms**
- [ ] Not to encumber property
- [x] **May not visit transportation establishments except for travel to court**
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] **Travel extended to: SD/FL and ND/FL**
- [x] **Other: Not to board any vessel on the sea. Maintain current residence**

Language: English

Disposition:
Defendant consents to appear by VTC
Counsel has filed a PERMANENT
Notice of Appearance on ECF [2]
The Court Adopts the STIPULATED
bond.
Defendant agrees to have Counsel
sign the Waiver of Indictment and
Bond paperwork in her stead .
**DEFENDANT RELEASED**
**Waiver of Indictment executed.**
**Defendant stands MUTE and is**
**Arraigned. The Court enters the SDO.**

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. **EGT.9.26.22.ZOOM-2:14 pm**   Time in Court: 8

s/Edwin G. Torres   Chief Magistrate Judge