UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 22 CR 20452-GAYLES

UNITED STATES OF AMERICA
v.

JUDITH DIANNE PARIS-PINDER

        Defendant.
_____/

## RESPONSE TO PSI

PARAGRAPH 21- It is objected to that the defendant used the monies obtained as a result of the criminal conduct towards the wedding.

PARAGRAPH 63- It is objected to that the defendant used the monies obtained as a result of the criminal conduct towards the wedding.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this pleading was forwarded to the Office of the AUSA Eric Morales vai email eric.morales@usdoj.gov and the Office of the US Attorney and US Probation, via filing on PACER on this 28TH day of December 2022.

        Respectfully submitted,

        /S/Scott Saul
        Scott Saul, Esq  717525
        1351 NW 16th St
        Miami Fl 33125
        tel (305) 326-9901